IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CORONDA IRVIN | § | |
| | § | |
| V. | § | |
| | § | CIVIL ACTION NO. 3:18-CV-01818-N |
| STINSON MATERIALS, INC. AND | § | |
| JAMES EARL CALLOWAY | § | |
| | § | |

## ORDER OF DISMISSAL OF DEFENDANTS

On this day came on to be heard the Joint Motion for Dismissal with Prejudice filed by Plaintiff and Defendants filed because Plaintiff no longer desire to maintain her cause of action against Defendants. It appears to the Court that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that Plaintiff's claims against Defendants are dismissed with prejudice. All costs will be borne by parties incurring same.

SIGNED this 4th day of June, 2019.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL– Solo Page